IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01621-LTB-BNB

ROBIN SCHIRO,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS, LAKE COUNTY, STATE OF COLORADO,
E.F. ("BILL") HOLLENBACK, an individual, and
KENNETH OLSEN, an individual,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a status conference. Consistent with matters discussed at that conference:

IT IS ORDERED that the parties shall file a motion to vacate or reset the trial, if at all, not later than **September 27, 2005**.

Dated September 8, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge